IN RE:  CASE NO. 08-52129-S

ROBERT M. THOMBS  CHAPTER 7

    Debtor  REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #105 in the amount of $4.73 was issued on December 3, 2009 to the Clerk of Courts in payment of dividend under $5.00 for the following overpayment:

Claim Number                                Amt. of Dividend

#003      AMERICAN EXPRESS CENTURION BANK     $    4.73
         C/O BECKET AND LEE LLP
         POB 3001
         MALVERN, PA   19355-0701

TOTAL:                                         $    4.73

                                 _____
                                 HAROLD A. CORZIN, TRUSTEE
                                 304 N. Cleveland-Massillon Rd.
                                 Akron, Ohio 44333
                                 (330) 670-0770

December 13, 2009

*[handwritten: ck # 105 receipt # 81138]*